| | |
|---|---|
| In re: | Case No. 20-03630-HWV |
| Crystal I Wood | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 07, 2021 | Form ID: pdf010 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Jackson Township Sewer Authority, 439 Roths Church Road,, Spring Grove, Pennsylvania 17362-8872 |
| + | Jeanne M. Grogg,, 7043 Woodland Drive,, Spring Grove, Pa 17362-8613 |
| + | Kahn Realty, LLC,, 100 Jewel Drive,, York, PA 17404-8296 |
| + | M&T Bank, 462 South 4th Street, Ste. 1600,, Louisville, KY 40202-3467 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Dec 07 2021 18:33:00 | Office of the U.S. Trustee, 228 Walnut Street Suite 1190, Harrisburg, PA 17101-1722 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Crystal I Wood cjulius@ljacobsonlaw.com<br>egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

| | |
|---|---|
| Keri P Ebeck | on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : CASE NO.:  1:20-bk-03630-HWV |
| CRYSTAL I. WOOD | : |
| | : |
| _____ | : |
| CRYSTAL I. WOOD, | : |
| Movant, | : |
| | : |
| vs. | : |
| | : |
| JACK N ZAHAROPOULOS | : |
| STANDING CHAPTER 13 | : |
| TRUSTEE, KHAN REALTY, LLC | : |
| M&T BANK, JACKSON | : |
| TOWNSHIP SEWER AUTHORITY | : |
| JEANNE M. GROGG | : |
| Respondents. | : |

## ORDER

Upon consideration of the Debtor's *Motion for Authority to Sell Real Estate Free and Clear of all Claims, Liens, and Encumbrances*, it is hereby **ORDERED AND DECREED** that the Motion is granted. Debtor has this Court's authority to sell the real estate described in the Motion to Khan Realty, LLC (hereinafter "Buyer") for Forty-Seven Thousand Dollars and Zero Cents ($47,000.00) free and clear of all claims, liens, and encumbrances. The sale contemplated by the Debtor is to a good faith purchaser and for fair market value within the meaning of 11 U.S.C. §363(m) and *In re:* Abbotts Dairies of Pennsylvania, Inc., 788 F.2d 142 (3rd Cir. 1986). The proceeds of the sale shall be distributed as follows:

    a.    All Debtor's closing and settlement costs.

    b.    Any and all valid and enforceable mortgage or lien claims against the Property to be paid at closing including M&T Bank, Jackson Township Sewer Authority and Jeanne M. Grogg and/or the York County Tax Claim Bureau.

    c.    Attorney's fees in the amount of $1,500.00 for representation and filing of this motion and the transaction overall.

        d.       The balance of the proceed after the payment of the above expenses shall be paid to the Debtor.

        **IT IS FURTHER ORDERED** that the ten (10) day stay period as required under *Rule 4001(a)(3)* is hereby waived and that Movant, its successors in interest and/or its assigns, may act immediately upon this *Order*.

Dated: December 7, 2021

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (MS)