# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
: CASE NO.: 1:20-bk-03630-HWV
CRYSTAL I. WOOD :

## DEBTOR'S MOTION TO AUTHORIZE WAGE ATTACHMENT ORDER

**AND NOW COMES**, Debtor, Crystal I. Wood, by and through his attorneys, Jacobson & Julius Harshberger and hereby files this Motion to Authorize Wage Attachment and in support thereof states as follows:

1. Debtor filed a Chapter 13 Petition on or about December 29, 2020.

2. Debtor once again receives regular income from employment at Focus Behavioral Health that may be attached under 11 U.S.C § 1326 to fund Debtor's Chapter 13 Plan.

3. The likelihood of success in this case will be much greater if Debtor's income is attached to fund the plan.

4. Debtor consents to the wage attachment.

**WHEREFORE**, Debtor respectfully requests that this Court enter an order directing the above-mentioned employer to pay the Chapter 13 Trustee in the amount set forth in the attached *Order*.

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

Dated: December 21, 2021

s/Chad J. Julius
ID# 209496
8150 Derry Street
Harrisburg, PA 17111.5260
717.909.5858
717.909.7788 [fax]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
: CASE NO.: 1:20-bk-03630-HWV
CRYSTAL I. WOOD :

## DEBTOR'S CONSENT TO VOLUNTARY WAGE ATTACHMENT

I, CRYSTAL I. WOOD, do hereby consent to an attachment of my wages for the purpose of funding my Chapter 13 Plan.

Date: December 21, 2021            s/Crystal I. Wood

## PROOF OF SERVICE

AND NOW, this 21st day of December 2021, I, Dera Shade, with Jacobson, Julius & Harshberger, attorneys for the Debtor, hereby certify that on this day I served the within *Motion to Authorize Wage Attachment* upon the following persons by forwarding the same via CM/ECF or first-class mail–

Jack N. Zaharopoulos, Standing Chapter 13 Trustee  
    8125 Adams Drive  
    Hummelstown, PA 17036

Office of U.S. Trustee  
POB 969  
Harrisburg, PA 17108.0969

Attn: Brenda Ciccone  
Focus Behavior Health, Inc.  
639 Frederick Street  
Hanover, Pa 17331

By:     s/Dera Shade  
           Dera Shade, Paralegal

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : CASE NO.:  1:20-bk-03630-HWV |
| CRYSTAL I. WOOD | : |

## ORDER

**UPON CONSIDERATION** of the above-referenced Debtor having filed a *Petition* under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further *Order* of this Court, the entity from whom Debtor receives income:

Attn:  Brenda Ciccone
Focus Behavior Health, Inc.
639 Frederick Street
Hanover, Pa 17331

should deduct from said Debtor's income the sum of **$81.00 from each weekly paycheck**, beginning on the next pay day following receipt of this *Order* and deduct a similar amount each pay period thereafter, including any period from which Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

Jack N. Zaharopoulos, Standing Chapter 13 Trustee
P.O. Box 6008
Memphis, TN 38101-6008

**IT IS FURTHER ORDERED** that the entity from whom Debtor receives income shall notify the above listed Trustee if Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to Debtor in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** that the entity from whom Debtor receives income will place the Bankruptcy Case Number [1:20-bk-03630-HWV] and the name of Debtor on all checks being forwarded to the above listed Trustee to ensure proper accounting of the funds.