# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    CRYSTAL I. WOOD                          CHAPTER 13

      Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant                                       CASE NO:    1-20-03630-HWV

CRYSTAL I. WOOD

      Respondent(s)

## CERTIFICATION OF DEFAULT

      AND NOW on April 18, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

   - make the regular monthly payments to the trustee during the remaining term of the plan.

      As of April 18, 2022, the Debtor(s) is/are $1209.00 in arrears with a plan payment having last been made on Apr 01, 2022

      In accordance with said stipulation, the case may be dismissed

                                                       Respectfully Submitted,
                                                         /s/ Matt Arcuri
                                                         for Jack N. Zaharopoulos, Trustee
                                                         8125 Adams Drive, Suite A
                                                         Hummelstown, PA  17036
                                                         Phone:  (717) 566-6097

Dated: April 18, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CRYSTAL I. WOOD

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

CASE NO: 1-20-03630-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 18, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| CHAD J JULIUS ESQUIRE<br>LAW OFFICES OF LESLIE D JACOBS<br>8150 DERRY STREET<br>HARRISBURG, PA 17111-5212 | SERVED ELECTRONICALLY |
| CRYSTAL I. WOOD<br>438 BALTIMORE ST. SIDE<br>GETTYSBURG, PA 17325-2641 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 18, 2022

Respectfully submitted,
Matt Arcuri
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com