In re:                                                                                    Case No. 20-03630-HWV

Crystal I Wood                                                                     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: pdf010 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Crystal I Wood, 465 Lincolnway Drive, York, PA 17408-6028 |
| 5382179 | + | Akrond Billing Center, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 5382180 | + | Auto Trakk LLC, Attn: Bankruptcy Department, 1500 Sycamore Rd., Ste. 200, Montoursville, PA 17754-9416 |
| 5382182 | + | CGA Law Firm, 135 North George Street, York, PA 17401-1132 |
| 5382184 | ++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220 address filed with court:, Continental Finance Co, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 5382188 | | Direct TV, PO Box 830032, Baltimore, MD 21283 |
| 5382192 | + | Jackson Township Sewer, 439 Roth's Church Road, Spring Grove, PA 17362-8872 |
| 5429387 | + | Jeanne M. Grogg, Tax Collector, 7043 Woodland Drive, Spring Grove, Pa 17362-8613 |
| 5382193 | + | KML Law Group, Ste. 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 5382811 | ++ | LTD ACQUISITIONS LLC, ATTN LEGAL, 3200 WILCREST DR, SUITE 600, HOUSTON TX 77042-6000 address filed with court:, LTD ACQUISITIONS, LLC, LTD Financial Services LLP, 3200 Wilcrest Dr. Suite 600, HOUSTON, TX 77042-0000 |
| 5382194 | + | LTD Financial Services, Attn: Bankruptcy, 3200 Wilcrest Dr, Ste 600, Houston, TX 77042-6000 |
| 5382196 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-ED, PO Box 16001, Reading, PA 19612-6001 |
| 5391279 | + | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5382198 | + | Penn Waste, Inc., PO Box 3066, York, PA 17402-0066 |
| 5382200 | + | Social Security Administration, 2670 Industrical Highway, York, PA 17402-2233 |
| 5382204 | + | Tate & Kirlin Associates, Inc., 580 Middletown Blvd, Ste 240, Langhorne, PA 19047-1827 |
| 5382205 | + | The York Water Company, 130 East Market Street, York, PA 17401-1219 |
| 5382207 | + | Wellspan Health, PO Box 15119, York, PA 17405-7119 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5388942 | + | Email/Text: alexis@multisourcellc.com | Apr 20 2022 18:40:00 | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 5382181 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 20 2022 18:45:54 | CC Holdings/CardMember Services, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5382184 | | Email/Text: cfcbackoffice@contfinco.com | Apr 20 2022 18:40:00 | Continental Finance Co, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 5385292 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 20 2022 18:45:54 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5382185 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 20 2022 18:40:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5382186 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 20 2022 18:45:57 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5382187 | + | Email/Text: electronicbkydocs@nelnet.net | | |

| | | | Apr 20 2022 18:40:00 | Department of Education/582/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
|---|---|---|---|---|
| 5382189 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 20 2022 18:40:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5382190 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 20 2022 18:40:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5382191 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 20 2022 18:40:00 | IC System, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 5382811 | | Email/Text: clerical@ltdfin.com | Apr 20 2022 18:40:00 | LTD ACQUISITIONS, LLC, LTD Financial Services LLP, 3200 Wilcrest Dr. Suite 600, HOUSTON, TX 77042-0000 |
| 5383302 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2022 18:45:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5382195 | + | Email/Text: camanagement@mtb.com | Apr 20 2022 18:40:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 5386033 | + | Email/Text: camanagement@mtb.com | Apr 20 2022 18:40:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5382197 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 20 2022 18:40:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 5386849 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 20 2022 18:40:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5382199 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2022 18:45:54 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 5388761 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Apr 20 2022 18:45:53 | Sprint Corp., Attn: Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 5382203 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Apr 20 2022 18:45:56 | Sprint T Mobile, PO Box 629023, El Dorado Hills, CA 95762 |
| 5382202 | + | Email/Text: bankruptcy@sw-credit.com | Apr 20 2022 18:40:00 | Southwest Credit Systems, 4120 International Parkway #100, Carrollton, TX 75007-1958 |
| 5383868 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 20 2022 18:40:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 5392398 | | Email/PDF: ebn_ais@aisinfo.com | Apr 20 2022 18:45:59 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5382206 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 20 2022 18:40:00 | Verizon Wireless, 455 Duke Drive, Franklin, TN 37067-2701 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5382183 | | Comcast |
| 5382201 | *+ | Social Security Administration, 2670 Industrial Highway, York, PA 17402-2233 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Crystal I Wood cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Crystal I. Wood

|  |  |
|---|---|
| **Debtor 1** | **Chapter:** 13 |
|  | **Case No.:** 1:20-bk-03630-HWV |

Jack N. Zaharopoulos
**Standing Chapter 13 Trustee**

vs.                    **Movant(s)**

Crystal I. Wood

**Respondent(s)**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 19, 2022

Order Dismissing Case with Parties - Revised 9/17