IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : CASE NO.:  1:20-bk-03630-HWV |
| CRYSTAL I. WOOD | : |

## **D**EBTOR'S **M**OTION TO **T**ERMINATE **W**AGE **A**TTACHMENT

AND NOW COMES, Debtor, Crystal I. Wood, by and through her attorneys, Jacobson, Julius & Harshberger, who hereby files this Motion to Terminate Wage Attachment and in support thereof states:

1. Debtor filed a Chapter 13 Petition on or about December 29, 2020.

2. This Honorable Court approved a wage attachment of Debtor's wages on December 22, 2021 and further directed Focus Behavior Health, Inc. to withhold funds from Debtor's wages to pay the Chapter 13 Trustee.

3. Debtor files this motion seeking an order terminating said wage attachment because the case is now complete, and no further payments are due to the Chapter 13 Trustee.

**W**HEREFORE, Debtor respectfully requests that this Court enter an order directing the above-mentioned employer to terminate the payments to the Chapter 13 Trustee.

Respectfully Submitted,

JACOBSON, JULIUS AND HARSHBERGER

Dated: June 7, 2022

/s/ Chad J. Julius
ID# 209496
8150 Derry Street
Harrisburg, PA 17111.5260
717.909.5858

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : CASE NO.: 1:20-bk-03630-HWV |
| CRYSTAL I. WOOD | : |

## PROOF OF SERVICE

**AND NOW**, this 7th day of June 2022, I, Dera Shade, with Jacobson, Julius & Harshberger, attorneys for the Debtor, hereby certify that on this day I served the within *Motion to Terminate Wage Attachment* upon the following persons by forwarding the same via CM/ECF and/or first-class mail–

| | |
|---|---|
| Jack N. Zaharopoulos, Esq. | Office of U.S. Trustee |
| 8125 Adams Drive Suite A | 228 Walnut Suite 1190 |
| Hummelstown, PA 17036 | Harrisburg, PA 17108 |

Attn: Brenda Ciccone
Focus Behavior Health, Inc.
639 Frederick Street
Hanover, PA 17331

By: /s/Dera Shade
Dera Shade, Paralegal

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
: CASE NO.: 1:20-bk-03630-HWV
CRYSTAL I. WOOD :

**UPON CONSIDERATION** of the above-referenced Debtor, Crystal I. Wood, having filed a *Motion to Terminate Wage Attachment* under Chapter 13 of the Bankruptcy Code;

**IT IS HEREBY ORDERED** that the Motion is GRANTED and that the entity from whom Debtor receives income:

Attn: Brenda Ciccone
Focus Behavior Health, Inc.
639 Frederick Street
Hanover, PA 17331

shall terminate all deductions and wage attachments remitted to Chapter 13 Trustee, Jack N. Zaharopoulos, from said Debtor's income, previously ordered by this Honorable Court on December 22, 2021.