Check No. 2015161

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT JHAUBERT@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 17-02422-HWV | 008-0 | JOSEPH JAMES JENKINS<br>Original Check written to:<br>COLONIAL FUNDING NETWORK<br>615 NATIONAL DRIVE<br>ROCKWALL, TX 75032-6562 | 6252 | 15,932.92 | 11.93 | 0.00 | 11.93 |
| 17-04562-HWV | 999-0 | WILLIAM FRANCIS GAUDETTE, III<br>Original Check written to:<br>WILLIAM FRANCIS GAUDETTE, III<br>65 SOUTH HOERNERSTOWN ROAD<br>HUMMELSTOWN, PA 17036 | | 0.00 | 49.03 | 0.00 | 49.03 |
| 19-03102-HWV | 999-0 | JEREMY LYNN FRITZ<br>Original Check written to:<br>JEREMY LYNN FRITZ and AMANDA NICHOLE FRITZ<br>1569 PIN OAK DR<br>CHAMBERSBURG, PA 17202-7606 | | 0.00 | 240.85 | 0.00 | 240.85 |
| 20-03287-HWV | 999-0 | OMAR ANDRE THOMPSON<br>Original Check written to:<br>OMAR ANDRE THOMPSON<br>PO BOX 60304<br>HARRISBURG, PA 17106 | | 0.00 | 7,972.79 | 0.00 | 7,972.79 |
| 20-03630-HWV | 999-0 | CRYSTAL I. WOOD<br>Original Check written to:<br>CRYSTAL I. WOOD<br>438 BALTIMORE STREET, SIDE<br>GETTYSBURG, PA 17325-2641 | | 0.00 | 147.90 | 0.00 | 147.90 |
| ~~21-00000~~-HWV<br>1-20-03630 | 119-0 | SUSPENSE ACCOUNT<br>Original Check written to:<br>CRYSTAL I. WOOD<br>438 BALTIMORE STREET, SIDE<br>GETTYSBURG, PA 17325-2641 | 12003630 | 0.00 | 324.00 | 0.00 | 324.00 |