United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 20-03630-HWV
Crystal I Wood                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                           User: AutoDocke                                   Page 1 of 2
Date Rcvd: Sep 29, 2022                   Form ID: pdf010                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2022:**

**Recip ID**                   **Recipient Name and Address**
                           +   Crystal Irene Wood Pennington, 124 Gun Club Road, New Oxford, PA 17350-9731

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2022                               Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Crystal I Wood cjulius@ljacobsonlaw.com<br>egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com<br>jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Crystal I Wood | Chapter: | 13 |
| --- | --- | --- |
| Debtor 1 | Case No.: | 1:20-bk-03630-HWV |

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On September 15, 2022, an application was filed for the Claimant(s), Crystal I Pennington fka Crystal I Wood, for the payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

**ORDERED** that, pursuant to 28 U.S.C. § 2042, the sum of $714.90 held in unclaimed funds be made payable to Crystal I Pennington and disbursed to the payee at the following address:

124 Gun Club Road, New Oxford, PA 17350.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 29, 2022

Order Petition for Unclaimed Funds - Revised 12/19